UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:07-CR-79-1 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| JEREMY EASTMAN ) | |

**O R D E R**

On November 29, 2007, United States Magistrate Judge William B. Carter conducted a change of plea hearing in this case for James Jamar Eastman, a.k.a. Jeremy Eastman ("Defendant") and filed a Report and Recommendation ("R&R"). The R&R recommends: (1) the Court accept Defendant's guilty plea as to Count One of the Indictment, charging a conspiracy to distribute five grams or more of a mixture or substance containing cocaine base ("crack"), in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(iii); (2) the Court adjudicate Defendant guilty of the charge to which he has pleaded; (3) the Court accept Defendant's plea agreement at the time of sentencing; and (4) Defendant be taken into custody pending sentencing in this matter (Court File No. 109).

Neither party has filed objections to the R&R within the given ten (10) days. Therefore, after reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 109) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) Defendant's guilty plea to Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge to which he has pleaded;

(3) A decision to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **IS TAKEN INTO CUSTODY** until sentencing. Sentencing is set for

**Thursday, February 21, 2007, at 9:00 a.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**